**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Edward PENN, Defendant-Appellant.**

**No. 16-2173**

United States Court of Appeals, Eighth Circuit.

Submitted: December 27, 2016

Filed: January 5, 2017

Brady Alexander Musgrave, Jones & Musgrave, Springfield, MO, for appellant.

James J. Kelleher, Asst. U.S. Atty., Springfield, MO, for appellee.

Before SHEPHERD, ARNOLD, and KELLY, Circuit Judges.

PER CURIAM.

After pleading guilty to sexually exploiting a minor, Edward Penn appeals the district court's[1] sentence. His counsel has moved to withdraw and has filed a brief under Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

We conclude that Penn's appeal waiver should be enforced and prevents consider-

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

1. The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri.

 

ation of his claim. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waiver); United States v. Andis, 333 F.3d 886, 889–90 (8th Cir. 2003) (en banc) (court should enforce appeal waiver and dismiss appeal where it falls within scope of waiver, plea agreement and waiver were entered into knowingly and voluntarily, and no miscarriage of justice would result). Having independently reviewed the record pursuant to Penson v. Ohio, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no non-frivolous issues for appeal.

Accordingly, we dismiss the appeal and grant counsel's motion to withdraw.